In the Matter of the Application of WILLIAM F. NISBET et al., Respondents, for a Writ of Certiorari to CALEB F. UNDERHILL et al., Assessors of the City of Yonkers, Appellants.

*Matter of Nisbet*, 40 App. Div. 611, affirmed,
(Argued November 12, 1900; decided December 4, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made May 2, 1899, affirming an order of Special Term confirming the report of a referee appointed in proceedings to review an

assessment on real property of the relators situated in the city of Yonkers.

*James M. Hunt* for appellants.

*Ralph E. Prime* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Not sitting: CULLEN, J.